UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Case No. 1:16-cv-24569 COOKE/TORRES

TIC PARK CENTRE 9, LLC, a
Delaware limited liability company,

               Plaintiff,

vs.

MICHAEL MANUEL CABOT, CATHERINE
CABOT, MARINER PROPERTY MANAGEMENT
SERVICES, LLC, WTK REALTY, LLC, and
JASON KRAUS,

               Defendants.

_____/

**RULE 26(A)(1) INITIAL DISCLOSURES OF
DEFENDANT MICHAEL MANUEL CABOT, CATHERINE CABOT,
MARINER PROPERTY MANAGEMENT SERVICES, LLC, and WTK REALTY, LLC**

Defendants MICHAEL MANUEL CABOT, CATHERINE CABOT, MARINER

PROPERTY MANAGEMENT SERVICES, LLC, and WTK REALTY, LLC, pursuant to Fed.

R. Civ. P. 26(a)(1) provide the following Initial Disclosures:

A.     Individuals Likely to have Discoverable Information-Rule 26(a)(1)(i)

In addition to the parties and their representatives, the following individuals are

reasonably believed to have information.

    1.  Lynn-Ann Ierna
       Midgard Management
       1475 West Cypress Creek Road
       Suite 202
       Fort Lauderdale, Florida 33309
       Phone: 954-771-6714 ext. 223

       Lynn-Ann Ierna has information regarding Park-Center Med Suites, Gardens Med Suites,
       property management, and operations.

CASE NO. 1:16-cv-24569 COOKE/TORRES

2.  Jeff K. Miller
    Medical Practice Operations
    204 Lone Pine Rd
    Palm Beach Gardens, FL
    (561) 309-2893

    Jeff Miller has information regarding Park-Center Med Suites, Gardens Med Suites and
    WTK Leasing commissions

3.  Dr. Kester Nedd
    2801 NW 87th Ave
    Unit 7
    Doral, FL 33172
    (305) 653-5513

    Dr. Kester Nedd has information regarding Park-Center Med Suites and tortious
    interference by tenants in common.

4.  James Farrell
    Shutts and Bowen
    525 Okeechobee Boulevard, Suite 1100
    West Palm Beach, FL 33401
    561-650-8539

    James Farrell has information regarding Park-Center Med Suites.

5.  Carlton Cabot
    Federal Prison, CT

    Carlton Cabot has information regarding Michael Cabot's lack of involvement with
    Cabot Investment Properties

6.  Mark J. Wojnar
    Unknown Address
    (561) 906-0229

    Mark J. Wojnar has information regarding Park-Center Med Suites, Gardens Med Suites
    and WTK Leasing commissions, property management, building operations and
    syndication process

CASE NO. 1:16-cv-24569 COOKE/TORRES

7.  Jason Kraus
    4298 Gardenia Drive
    Palm Beach Gardens, FL 33410
    (561) 827-3678

    Jason Kraus has information regarding WTK Leasing commissions

8.  Preston J. Fields
    11211 Prosperity Farms Rd
    Suite C-301
    Palm Beach Gardens, FL 33410
    (561) 799-9910

    Preston J. Fields has information regarding Park-Center Med Suites, Gardens Med Suites
    and WTK Leasing commissions

9.  Brett E. Burgan
    2401 NW Boca Raton Blvd
    Boca Raton, FL 33431
    561-367-1040

    Brett E. Burgan has information regarding WTK Leasing commissions, and accounting,
    claims about misappropriation of funds

10. Joseph M. Grant, Esq.
    197 S. Federal Hwy #300
    Boca Raton, FL 33432

    Joseph M. Grant has information regarding the resignation of the managers of Mariner
    Asset & Property and the transition from end of 2010 to 2011

CASE NO. 1:16-cv-24569 COOKE/TORRES

B.    Documents or Other Information that may be used
      to support Defendants' Defenses-Rule 26(a)(1)(ii)

1.    Confidential Private Placement Memorandum dated October 1, 2006 and exhibits A through I.

2.    Purchaser Questionnaire and subscription documents for TIC Park Centre 9, LLC

3.    Mariner Park Centre rent rolls  2006 – 2010, 2012, and 2013

4.    Mariner Park Centre loan documents

5.    Mariner Park Centre leases involving WTK Realty

6.    Mariner Park Centre investor conference call summary March 12, 2008

7.    Memoranda and correspondence from Mariner Property Management to Mariner Park Centre tenant in common owners

8.    Memoranda and correspondence between Mariner Property Management and Mariner Park Centre H and Midgard Property Management

9.    Memoranda and correspondence between Wells Fargo and Mariner Property Management

10.   Memoranda and correspondence between Best and Flanagan and Mariner Property Management, Mariner Park Centre H, and Mariner Asset Management

11.   Cushman and Wakefield marketing reports

12.   Steering Committee memorandum

13.   WTK Realty brokerage commission agreement with Mariner Property Management for Park Centre Med-Suites lease

14.   TIC Park Centre 9, LLC buyout letter addressed to Louis Lopez

15.   Emails and correspondence from Jesus Linares to Michael Cabot and Mark Wojnar

16.   Emails between Michael Cabot and Donald Sutherland

17.   Emails between Bradley Williams and Joseph Grant

18.   Emails and correspondence between tenant in common owners

CASE NO. 1:16-cv-24569 COOKE/TORRES

19.   Holland and Knight cease and desist letter to Carlton Cabot

20.   Joseph Grant, Esq. cease and desist letter to Steering Committee

21.   Bradley Williams letter requesting police report from the City of Miami Gardens

22.   Joseph Grant, Esq. affidavit

C.   <u>Computation of Damages-Rule 26(a)(1)(iii)</u>

Defendants have has not filed a counterclaim for damages as part of this lawsuit.

D.   <u>Computation of Damages-Rule 26(a)(1)(iv)</u>

Defendants do not have any insurance policy that covers Plaintiff's claims in this lawsuit.

CASE NO. 1:16-cv-24569 COOKE/TORRES

KAMMERER MARIANI PLLC
Counsel for the Cabot Defendants
1601 Forum Place, Suite 500
West Palm Beach, FL 33401
Telephone: (561) 990-1590
Facsimile: (561) 228-0998
Email: jmariani@kammerermariani.com
Email: ckammerer@kammerermariani.com

By: */s/ Christopher Kammerer*
    John F. Mariani
    Florida Bar No. 263524
    Christopher W. Kammerer
    Florida Bar No. 042862

CASE NO. 1:16-cv-24569 COOKE/TORRES

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received electronically Notices of Electronic Filing.

By:    */s/ Christopher Kammerer*
        Christopher Kammerer

## SERVICE LIST

**TIC Park Centre 9, LLC v. Mark Joseph Wojnar, et al**
**United States District Court, Southern District of Florida Case No. 1:16-cv-2459 MGC**

**Electronic Mail Notice List**

•       **Anthony C. Varbero, Esq.**
        anthony.varbero@murelaw.com

•       **David Casagrande, Esq.**
        david.casagrande@murelaw.com

**U.S. Mail Notice List**

•       **Jason Kraus**
        4298 Gardenia Drive
        Palm Beach Gardens, FL 33410